# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN FAY, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-0809 |
| v. | (JUDGE CAPUTO) |
| TECHTRONIC INDUSTRIES CO. LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., RYOBI TECHNOLOGIES, INC., and HOME DEPOT U.S.A., INC., | |
| Defendants. | |

**ORDER**

**NOW**, this 9th day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiff Robin Fay is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order. If Plaintiff fails to do so, the action will be dismissed.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge